# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY SPITZER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:17-cv-01736- JLT<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |

Henry Spitzer seeks to proceed *in forma pauperis* in this action. (Doc. 2) The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court has reviewed the application and the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

According to his application, Plaintiff is not employed and had no income for the past twelve months. (Doc. 2 at 1) Plaintiff indicates he does not possess real estate, stocks, bonds, securities, other financial instruments, an automobile, or other things of value—and has no money in a bank account. (*Id.* at 2) In addition, Plaintiff indicates he does not have any financial responsibilities including housing or transportation. (*Id.*) Consequently, the Court is unable to determine if Plaintiff is supporting himself, or if he is dependent upon another individual who could pay the filing fee.

1

Accordingly, Plaintiff is **ORDERED** to file, within fourteen days of this order, an application that includes information on how Plaintiff is supporting himself, or his dependence on another. Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*. Plaintiff is warned that failure to comply with this order may result in denial of his application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: **December 27, 2017**    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE