|   |   |   |   |
|---|---|---|---|
| | **UNITED STATES DISTRICT COURT** | | |
| | **EASTERN DISTRICT OF CALIFORNIA** | | |

| | | |
|---|---|---|
| HENRY SPITZER, | ) | Case No.: 1:17-cv-1736-DAD - JLT |
| Plaintiff, | ) ) | ORDER GRANTING THE JOINT REQUEST FOR AN EXTENSION OF TIME |
| v. | ) ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) | (Doc. 20) |
| Defendant. | ) ) ) | |

    The parties have stipulated for Plaintiff have an extension of time to file an opening brief. (Doc. 20) The parties assert, "There is good cause for this extension because counsel for the Commissioner has determined that the certified administrative record lodged in this case is missing evidence submitted to the Appeals Council that should be included in the record, which Defendant … lodged as a supplemental certified administrative record" on August 20, 2018. (Doc. 20 at 1; *see also* Doc. 19) Due to the necessity of the supplemental record, the parties request the filing deadline for Plaintiff's opening brief be modified to thirty days from the lodging date. (Doc. 20 at 1)

    Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 8 at 4), and this is the first extension requested by either party. Accordingly, the deadlines proposed by the parties are appropriate, and will be adopted.

///

1

Based upon the stipulation of the parties, and good cause appearing, the Court **ORDERS:**

1. The request for an extension of time (Doc. 20) is **GRANTED**;
2. Plaintiff **SHALL** file an opening brief on or before **September 20, 2018;**
3. Defendant SHALL file a response to Plaintiff's opening brief **within thirty days** of the date of filing; and
4. Any reply by Plaintiff **SHALL** be filed **within fourteen days** of the date of service of Defendant's response.

IT IS SO ORDERED.

Dated: **August 21, 2018**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE