# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY SPITZER,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL[1],<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:17-cv-1736- DAD JLT<br><br>ORDER SETTING A BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR ATTORNEY FEES<br><br>(Doc. 29) |

Henry Spitzer seeks an award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. (Doc. 29) However, no filing deadlines were triggered for the Commissioner's response, because the motion is not set for hearing. Accordingly, the Court **ORDERS**:

1. Any opposition to the motion, or a notice of non-opposition, **SHALL** be filed no later than **November 15, 2019**; and

2. Any brief in reply **SHALL** be filed no later than **November 22 2019**.

IT IS SO ORDERED.

    Dated: __October 26, 2019__          _____/s/ Jennifer L. Thurston_____
                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] This action was originally brought against Nancy A. Berryhill in her capacity as then-Acting Commissioner. Andrew M. Saul, the newly appointed Commissioner, has been automatically substituted. *See* Fed. R. Civ. P. 25(d).

1