UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY SPITZER, | No. 1:17-cv-01736-DAD-JLT (SS) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING IN PART PLAINTIFF'S MOTION FOR ATTORNEYS' FEES |
| ANDREW M. SAUL,[1] *Commissioner of Social Security*, | |
| Defendant. | (Doc. Nos. 29, 33) |

Plaintiff Henry Spitzer prevailed in this action appealing the Commissioner of Social Security's decision to deny his application for benefits under the Social Security Act. He now seeks an award for attorneys' fees and expenses pursuant to the Equal Access for Justice Act ("EAJA") under 28 U.S.C. § 2412(d). (Doc. No. 29) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 24, 2020, the assigned magistrate judge found that plaintiff was a prevailing party under the EAJA and entitled to an award of fees. (Doc. No. 33 at 3.) However, the magistrate judge determined that the billing records submitted by plaintiff's counsel included

---

[1] This action was originally filed against Nancy A. Berryhill in her capacity as then-Acting Commissioner of Social Security. The court has automatically substituted Andrew M. Saul, who has since been appointed the Commissioner of Social Security, as defendant. *See* Fed. R. Civ. P. 25(d).

1

clerical tasks and duplicative work that was not compensable and recommended that the motion for attorneys' fees be granted in the modified amount of $6,564.62. (*Id.* at 7.)  The findings and recommendations were served on the parties and contained notice that any objections were to be filed within fourteen (14) days of service.  (*Id.* at 8.)  No objections have been filed and the time to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the court conducted a *de novo* review of the case.  Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on April 24, 2020 (Doc. No. 33) are adopted in full;
2. Plaintiff's motion for attorney's fees (Doc. No. 29) is granted in the modified amount of $6,564.62;
3. Defendant shall determine whether plaintiff's EAJA attorney fees are subject to any offset and, if the fees are not offset, make payment to plaintiff;
4. If the Government decides to accept an assignment of fees, payment shall be made payable to counsel; and
5. Payment shall be mailed to plaintiff's counsel of record, Andrew Koenig.

IT IS SO ORDERED.

Dated:   **May 20, 2020**

_____
UNITED STATES DISTRICT JUDGE