UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY SPITZER,<br><br>               Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | Case No. 1:17-cv-01736-ADA-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS GRANTING MOTION FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 406(b)<br><br>(ECF No. 40) |

On August 16, 2019, Plaintiff Henry Spitzer (Plaintiff) prevailed in this action appealing the Commissioner of Social Security's decision to deny his application for benefits under Title II of the Social Security Act. (ECF No. 28.) Plaintiff filed a motion for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, requesting $8,305.69 in attorney's fees on October 22, 2019. (ECF No. 29.) The Honorable Magistrate Judge Jennifer L. Thurston issued findings and recommendations to grant in part Plaintiff's motion and awarding attorney's fees in the modified amount of $6,564.62. (ECF No. 33.) The Court adopted the Magistrate Judge's findings and recommendations on May 21, 2020. (ECF No. 34.)

Plaintiff received a fully favorable decision on his Title II claim, finding him disabled and eligible for benefits as of August of 2014. (ECF No. 35 at 2.) Thereafter, the Social Security Administration issued a notice dated June 27, 2022, indicating that Plaintiff's back-due benefits

were being processed for the period of August of 2014 through March of 2022, and that $25,944.53, representing 25% of his back-due benefits, were being withheld pending approval of his attorney's fee. (*Id.*)

On July 12, 2022, Plaintiff filed a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) requesting $25,944.53 in attorney's fees. (ECF No. 35.) Defendant filed a statement of non-opposition on July 13, 2022. (ECF No. 37.) The Magistrate Judge issued findings and recommendations recommending granting Plaintiff's request. (ECF No. 40.) The findings and recommendations contained notice that any objections thereto were to be filed withing twenty-one (21) days after service. No objections have been filed and the deadline for doing so has passed.

Pursuant to 28 U.S.C. § 636(b)(1)(C), and Local Rule 304, this Court conducted a *de novo* review of this case. Having carefully reviewed the entire matter, this Court concludes that the findings and recommendations are supported by the record and by proper analysis.

ACCORDINGLY, it is ORDERED:

1. The November 10, 2022, findings and recommendations (ECF No. 40) are ADOPTED in full;
2. Plaintiff's counsel shall be AWARDED attorneys' fees in the amount of Twenty-Five Thousand Nine-Hundred Forty-Four Dollars and Fifty-Three Cents ($25,944.53); and
3. Upon the receipt of the full attorney's fees, pursuant to 42 U.S.C. § 406(b), Plaintiff's counsel shall reimburse Plaintiff the full amount of the EAJA fee, Six-Thousand Five Hundred Sixty-Four Dollars and Sixty-Two Cents ($6,564.62) previously awarded.

IT IS SO ORDERED.

Dated:   March 7, 2023

UNITED STATES DISTRICT JUDGE

2